# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Fullmer, David Lee | Docket No. | 0980 2:23CR00102-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Lee Fullmer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 11th day of October 2023, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #16:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 16, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Fullmer. Mr. Fullmer acknowledged an understanding of the release conditions at that time.

**Violation #1:** David Lee Fullmer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana and fentanyl on October 26, 2023.

On October 26, 2023, Mr. Fullmer reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptive positive for the presence of marijuana and fentanyl. Mr. Fullmer signed a substance abuse admission form acknowledging his use of the aforementioned substances on or about October 24, 2023. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On November 2, 2023, the undersigned officer confronted Mr. Fullmer about the above-noted drug test. He admitted to ingesting fentanyl approximately 2 days prior to submitting a urine specimen. However, he stated he could not remember the last time he ingested marijuana.

On November 3, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl, norfentanyl, and marijuana.

**Violation #2:** David Lee Fullmer is alleged to have violated the conditions of pretrial release supervision by admitting, on November 15, 2023, to consistently ingesting fentanyl approximately every 48 hours.

On November 15, 2023, Mr. Fullmer contacted the undersigned officer telephonically and admitted he had been consistently ingesting fentanyl approximately every 48 hours, with his last use of the substance being on or about November 13, 2023.

PS-8

Re: Fullmer, David Lee
November 16, 2023
Page 2

**Violation #3:** David Lee Fullmer is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on November 14, 2023.

On October 16, 2023, the undersigned officer referred Mr. Fullmer to the phase urinalysis testing program at Pioneer Human Services (PHS). Effective October 17, 2023, Mr. Fullmer was instructed to contact PHS daily to determine if he needed to submit to random drug testing.

Mr. Fullmer failed to report for random drug testing at PHS on November 14, 2023.

On November 15, 2023, the undersigned officer discussed the above-noted missed drug test with Mr. Fullmer. He said he must have forgotten to call on that date.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/16/23
Date