February 22, 2024

Miranda Kastelein


RE: David Lee Fullmer

Your Honor,

   My name is Miranda Kastelein (Fullmer), and I am the oldest daughter of David Lee Fullmer. I am writing to you today in hopes that I can show you a different perspective of the man that my dad truly is. As a young child, I mainly lived with my mother, who was bi-polar/manic depressive and suffered from alcohol and substance abuse issues. The environment was not healthy, and I was subjected to severe physical, mental, and verbal abuse from as far back as I can remember. Around the middle of second grade, my dad fought for custody of me, to remove me from the dangerous situation. He continued to raise me as a single father, while working full time, and many times overtime, to provide for me, all while being in constant pain from his army accident and suffering from the debilitating migraines that it has caused. No matter the amount of pain he was in, he always made sure I was safe, taken care of, and never went without. My dad has always been my hero, safe place, and biggest supporter. Given the nature and severity of his injuries (including broken back/neck, traumatic brain injury, and multiple surgeries) he was prescribed large amounts of narcotics and/or opiates from the VA facility here in Spokane. From the time of the accident on, he was assured by multiple doctors over the years that this was a safe, effective, and non-addictive way to help him function in daily life. As we all now know, these medications are highly addictive, and unfortunately many people who have had them prescribed for extensive amounts of time are now suffering from severe addiction. When my dad's addiction became apparent about 7 years ago, I personally addressed my concerns with the doctors and staff at the VA and was assured they would not be prescribing him anymore narcotics. We got my dad right into a private treatment facility, and he did very well for about 6 months post treatment, when he then injured his arm at work. When I arrived at the VA the day of the arm injury, they had already administered narcotics intravenously before I arrived. My dad relapsed a few days after. I begged the VA to get him back into

treatment and was told that they did not have a drug treatment program, only outpatient counseling and group therapy sessions, which was not what my dad needed. He needed inpatient medical detox and one-on-one therapy, which they would not, or could not, offer to him at that time. Having to pay completely out of pocket for the first round of inpatient therapy put my dad in serious financial debt, and he ended up losing his home. We had no way to pay for another round of treatment at a private facility for a condition that was caused and enabled by the VA. My dad's addiction has since spiraled out of control and has caused him to make some very poor and unfortunate life decisions, that my "pre-addiction" dad would have never in his life thought of making. He is not a career criminal who has been in and out of the system his entire life, he's a good dad and grandfather who is struggling, and can't get the help he desperately wants, needs, and deserves. I do not condone his actions by any means, and I do personally believe that some incarceration time is warranted for the charges he is currently facing, but I am asking that you please be lenient and focus his sentence less on incarceration time, and more so on mandatory drug treatment and therapy, so we can all heal and be a family again. I believe he can overcome this situation and his addiction and be a positive, productive member of society once again. Thank you for your time and consideration.

Sincerely,
*Miranda Kastelein*

Miranda Kastelein

February 16, 2024

Tammy Wilson


RE: David Lee Fullmer

To the Honorable Judge:

I am a first cousin to Dave so I have known him his entire life. He has been a favorite in our family and I love him dearly. I understand and respect he has pled guilty to the crime he is being sentenced for in your court today.

Dave has always been a kind, patient, and wonderful person. He is extremely bright and hard-working.

You could always count on Dave as he exhibited integrity, strength and caring. He purchased his home at an early age and is a terrific Dad and Grandad. I introduced Dave to Caitlyn's Mother over 20 years ago because I knew what a solid, reliable, and fantastic guy Dave is. He raised Caitlyn as a single dad and coached her softball team for many years. He was a leader in his church and a great guy!

Dave was my father's favorite nephew and he loved and trusted him entirely. He told me often he wished he was his Son. My Father battled cancer for many years and Dave always called and stopped by to check on my dad. They had a very close relationship so much so that he was his Executor for his estate. Dave was such a great source of comfort leaving work and staying with us the day my dad passed away even assisting the funeral home when they came. Dave gave a perfect eulogy at my dad's funeral and made us all proud. He was fantastic and a great source of love and support.

Dave was also such a great source of comfort when I lost my daughter Chelsea at the age of 34 seven years ago. He was again so kind, caring and compassionate. He is one my favorite people and always will be. I am so very sad so find Dave has reached this point and being sentenced in your court.

I believe while serving our country years ago and sustaining his injury, he suffered enormous trauma and has been in constant pain. I know he has lived with excruciating migraines for many years. I personally believe he did not receive the level of medical care he should have at the Veteran's Hospital. This in no way justifies drug usage but gives me a clearer understanding of why he is in your court today.

Thank you for taking your valuable time to read my statement and if you have any questions, please feel free to contact me. I know I do not have the right to ask, but can you please show leniency when you sentence him today?

Thank you,

*[signature]*

Your Honor,

I would like to start by introducing myself. My name is Caitlyn Fullmer, I am 25 years young, and the youngest of two daughters of David Fullmer. I just graduated, back in May of 2021, from the University of Alabama with my bachelor's degree in both Political Science and Philosophy with the hopes of attending Law School to one day become an attorney. I only have the hope that this letter will allow you to see this situation from my perspective and allow you to view life through my eyes.

My father, David Fullmer, is one of the most incredible men I have ever known. I know that every letter like this you read may consist of the same material, i.e. please have mercy, find forgiveness, human decency, etc.; but all I am asking is for you to genuinely hear me out. The older I get, the more I come to realize that my childhood was anything but ordinary. My mother and father were never married and at the age of two my mother took me and moved 2,000 miles away from everything I had ever known. My father then spent every cent, he had to his name, fighting to obtain full custody over me; the court decided in his favor. Full custody was then granted to my father when I was three years old, and from that point on, without a question, he dedicated every ounce of himself to giving me the best childhood he could offer and provide. He worked full-time and even went back to college to get a degree while also juggling the full-time job of being a single parent. From what memories I have, I remember my father taking me to class with him at the Spokane Community College simply because he could not afford daycare services. My father went to school during the day, taking me along to attend his college classes, and worked the graveyard shift at night solely for the purpose of making enough money to make ends meet.

I was not a trust fund baby, and did not come from a family of wealth, but as a child I knew no difference. Until recent years, I did not think of my childhood as anything different from my peers; and that is all thanks to my father. He did, and has done, everything within his power to provide and protect me as his daughter. He has committed crimes but does not embody a criminal.

Unfortunately, from my law experience, I understand the minimal impact my perspective may have on your decision. I am just writing this as a plea for you to have mercy on my father. Ultimately, I understand and fully respect that, at the end of the day, this is fully your decision based on the rule of law and your competence of the justice system. I am just requesting that you to allow me the opportunity of having my dad in my life. I know, and fully acknowledge, that he has made mistakes and poor decisions in life, but addiction has only taken over his physical body, not his soul; who my father is as a person still remains. I know that the man who raised my sister and I is still in there, and I only continue to see him more with every day. Please allow me to have my father present in next milestones I face in my life.

I know consequence is necessary to provide justice with every wrongdoing, but I beg you to be generous within your ruling order. As I said, I am only 25 and still have so many milestones to see. Please allow me the blessing of having my dad by my side through those times. David Fullmer is the most incredible father I could have asked for and is the most wonderful man I have ever known.

I appreciate your time and consideration more than I am able to express.

Best,
Caitlyn Fullmer

*Caitlyn Fullmer*
Caitlyn Fullmer

**Spokane Falls Community College**
Humanities and Social Science

MS 3140 ▪ 3410 W Fort George Wright Dr ▪ Spokane WA 99224-5288
(509) 533-3575 ▪ FAX (509) 533-3149 ▪ TTY (509) 533-3292



28 February 2005

To Whom It May Concern:

David Fullmer completed my introductory philosophy course offered at Spokane Falls Community College during the Winter Quarter of 2004 and the introductory logic course during the Fall Quarter of 2004. I have spent a significant amount of time conversing with David and it is with pleasure that I submit this recommendation.

David was consistently prepared for both classes and displayed a willingness to challenge and expand his knowledge base. In addition, he spent a great deal of time and reflection on the argumentative papers, exams and other course requirements. Both courses are designed to expose students to the foundations of thought, thereby allowing them to undertake a more critical approach to their own lives and beliefs. David demonstrated competency and enthusiasm in fulfilling these objectives.

In addition, I have had the opportunity to have several discussions with David about a range of philosophical topics. He has always exhibited an awareness of current issues as well as an ability to process and analyze complicated ideas. These conversations along with David's in-class performance are good indicators of how he will perform in the future courses and ultimately in his future goals as well.

David has much to offer. Any school would greatly benefit by admitting him to the student body. I would expect nothing but dedication and commitment from David in his scholarly endeavors.

If you should have any questions, please do not hesitate to contact me at (509) 533-3767.

Sincerely,

Britni J. Weaver
Philosophy Instructor
Spokane Falls Community College



LOVING GOD AND LOVING PEOPLE

November 20, 2003

To Whom it May Concern:

I have had the privilege of knowing Dave Fulmer over the past two years. He has worked as a volunteer in AdventureLand, the Children's Ministry Program at Life Center Foursquare Church, over the past 8 years. He currently serves as a Service Leader in the Elementary Department (Kindergarten – 2nd Grade). This means Dave runs the class-- leads worship and teaches the lesson to the kids; he also oversees the small groups that take place during the hour. Dave cares deeply for kids and he has the ability to connect, interact and relate with a cross-section of kids. As the Children's Pastor, I have been able to watch Dave invest in the kids at our church. He is an excellent communicator, and an organized and effective teacher. Dave possesses the patience and devotion to see all kids learn and feel loved and appreciated. He is dedicated, teachable, faithful, easy to get along with and a hard worker, as well. He puts his heart into all that he does and the kids reap the benefit. He is a pleasant person to be around, with a fun and engaging personality.

Feel free to contact me if you have any questions. I can be reached Monday – Thursday from 9:00 a.m. – 4:30 p.m. at the church office. The number is 327-4422, ext. 136.

Sincerely,

Shaun M. Stone
Children's Ministry Pastor

A Foursquare Church

Church: 708 W. Nora  •  Office: 723 W. Indiana  •  Spokane, Washington 99205-4627  •  (509) 327-4422