# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEE FULLMER,<br><br>　　　　　　　　　　Defendant. | Case No.   2:23-CR-0102-TOR-2<br><br>CRIMINAL MINUTES<br><br>DATE:   3/6/2024<br><br>LOCATION:   Spokane 902<br><br>SENTENCING HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick J. Cashman | | J. Gregory Lockwood | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court                                                  [ X ] US Probation Officer: C. Lerch

Defendant is present in USMS custody and assisted by counsel.

Mr. Cashman addressed the Court and made a sentencing recommendation on behalf of the Government.

The Court confirmed counsel's review of the PSIR with Defendant and that there are no outstanding objections by Defendant.

The Court adopted the report without change and calculated the advisory sentencing guidelines.

The Court granted the government's pending motion.

Mr. Lockwood addressed the Court made a sentencing recommendation on Defendant's behalf.

Defendant addressed the Court on his own behalf.

The Court imposed sentence as follows:

| | |
|---|---|
| **Incarceration:** | 60 months |
| **Supervised Release:** | 5 years |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $100 |
| **Restitution:** | N/A |

Page 2    *USA v. Fullmer*    2:23-CR-0102-TOR-2    Sentencing Hearing

Appeal rights waived in plea agreement.

At Defendant's request, the Court will recommend BOP placement at FCI Sheridan and RDAP.

The Court forfeited the firearms and ammunition.

Defendant returned to USMS custody to begin imposition of sentence.

| CONVENED: 9:25 AM | ADJOURNED: 9:36 AM | TIME: 11 MINS | [X] JUDGMENT TO FOLLOW |
|---|---|---|---|